# P. Ferguson Transportation

June 10, 2016

## OPTION 1-A

| Note # | Unit # | Local # | Year and Model | Vin # | Principle Due | Loan Start | Loan End | Days | Rate | Total Interest | Total Due | Current Bus Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 27L63 | 264 | 2008 Thomas | 52868 | $ 10,929.83 | 06/03/16 | 06/09/16 | 7 | 5.50% | 11.69 | 10,941.52 | $ 15,500.00 |
| 22 | 27L64 | 265 | 2008 Thomas | 52869 | $ 70,000.00 | 05/26/09 | 06/09/16 | 2,572 | 5.50% | 27,506.11 | 97,506.11 | $ 15,500.00 |
| 23 | S064 | 276 | 2001 Thomas | 22661 | $ 15,000.00 | 07/07/10 | 06/09/16 | 2,165 | 5.50% | 4,961.46 | 19,961.46 | $ 1,000.00 |
| 24 | S019 | 272 | 2001 Thomas | 22660 | $ 15,000.00 | 07/07/10 | 06/09/16 | 2,165 | 5.50% | 4,961.46 | 19,961.46 | $ 1,400.00 |
| 25 | S029 | 5029 | 2005 Ford / Thomas | 16914 | $ 20,000.00 | 07/13/10 | 06/09/16 | 2,159 | 5.50% | 6,596.94 | 26,596.94 | $ 1,500.00 |
| 27 | 11L09 | 275 | 2012 Thomas | A0656 | $ 83,500.00 | 07/21/11 | 06/09/16 | 1,786 | 5.50% | 22,783.90 | 106,283.90 | $ 43,000.00 |
| 28 | T117 | 271 | 2004 Thomas | 82738 | $ 22,500.00 | 09/06/11 | 06/09/16 | 1,739 | 5.50% | 5,977.81 | 28,477.81 | $ 2,500.00 |
| 29 | T118 | 277 | 2004 Thomas | 82737 | $ 22,500.00 | 09/06/11 | 06/09/16 | 1,739 | 5.50% | 5,977.81 | 28,477.81 | $ 2,500.00 |
| 30 | V038 | 274 | 2004 Thomas | 83523 | $ 22,000.00 | 07/24/12 | 06/09/16 | 1,417 | 5.50% | 4,762.69 | 26,762.69 | $ 2,500.00 |
| 31 | V039 | 256 | 2004 Thomas | 83524 | $ 22,000.00 | 07/24/12 | 06/09/16 | 1,417 | 5.50% | 4,762.69 | 26,762.69 | $ 2,500.00 |
| 32 | V040 | 273 | 2004 Thomas | 83522 | $ 22,000.00 | 07/24/12 | 06/09/16 | 1,417 | 5.50% | 4,762.69 | 26,762.69 | $ 2,500.00 |
| 33 | V041 | 257 | 2004 Thomas | 83519 | $ 22,000.00 | 07/24/12 | 06/09/16 | 1,417 | 5.50% | 4,762.69 | 26,762.69 | $ 2,500.00 |
| 34 | V071 | 232 | 2004 Ford/ Supreme | 18530 | $ 9,500.00 | 09/11/12 | 06/09/16 | 1,368 | 5.50% | 1,985.50 | 11,485.50 | $ 2,000.00 |
| 35 | V078 | 267 | 2004 Ford / Corbiel | 82651 | $ 9,500.00 | 10/04/12 | 06/09/16 | 1,345 | 5.50% | 1,952.12 | 11,452.12 | $ 1,000.00 |
| 36 | W011 | 278 | 2009 Chev/ Blue Bird | 80207 | $ 20,300.00 | 08/01/13 | 06/09/16 | 1,044 | 5.25% | 3,090.68 | 23,390.68 | $ 6,500.00 |
| 37 | 14G44 | 280 | 2015 Thomas | 73247 | $ 83,089.00 | 03/19/14 | 06/09/16 | 814 | 5.25% | 9,863.36 | 92,952.36 | $ 67,000.00 |
| 38 | 14G06 | 260 | 2015 Thomas | W3665 | $ 85,565.00 | 03/19/15 | 06/09/16 | 449 | 5.25% | 5,602.72 | 91,167.72 | $ 70,000.00 |
| 39 | X134 | 263 | 2005 Thomas | 56931 | $ 13,000.00 | 07/08/15 | 06/09/16 | 338 | 5.25% | 640.79 | 13,640.79 | $ 5,000.00 |
| 40 | 15G63 | | 2016 Thomas | H5134 | $ 87,979.00 | 01/28/16 | 06/09/16 | 134 | 5.25% | 1,719.26 | 89,698.26 | $ 85,000.00 |
| | | | Parts Account | | $ 20,276.68 | | | 1 | | 0.00 | 20,276.68 | |

Grand Total $ 676,639.51        $ 122,682.39        $ 799,321.90        $ 329,400.00

(-$10,000.00)   Payment due 8/31/16
(-$155,000.00)  Residue fleet value as of 6/15/2019

27 payments
First payment due   10/1/2016   $ 25,303.13

36 payments
First payment due   10/1/2016   $ 19,104.81        $ 634,321.90   Amount to Refinance 36 months @ 5.25

EXHIBIT R