IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYERS EQUIPMENT CORPORATION, | Civil Action |
| Plaintiff, | No. 2:17-cv-00369-LPL |
| vs. | |
| P. FERGUSON TRANSPORTATION, INC. and PHYLLIS HANEY, individually, | SUGGESTION OF BANKRUPTCY |
| Defendants. | |

Counsel of Record:

ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

United States Bankruptcy Court
WESTERN DISTRICT OF PENNSYLVANIA

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 06/29/2018 at 12:39 PM and filed on 06/29/2018.

Phyllis J. Haney
199 Blackhawk Road
Beaver Falls, PA 15010
SSN / ITIN: xxx-xx-9832



The case was filed by the debtor's attorney:

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
412-392-0330

The case was assigned case number 18-22636.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.pawb.uscourts.gov or at the Clerk's Office, U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Michael R. Rhodes
Clerk, U.S. Bankruptcy
Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/29/2018 12:40:53 | | | |
| PACER Login: | RobertOLampl:2624192:0 | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 18-22636 |
| Billable Pages: | 1 | Cost: | 0.10 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MYERS EQUIPMENT CORPORATION,   Civil Action

        Plaintiff,   No. 2:17-cv-00369-LPL

vs.

P. FERGUSON TRANSPORTATION, INC.
and PHYLLIS HANEY, individually,

        Defendants.

## CERTIFICATE OF SERVICE

Robert O Lampl, hereby certifies that on the 29th day of June, 2018 a true and correct copy of the foregoing **SUGGESTION OF BANKRUPTCY** was served upon the following *(via first class mail and/or electronic notification)*:

Jason Yarbrough
Robert E. Dauer, Jr.
Caleb M. Turner
Gary M. Sanderson
Meyer, Unkovic & Scott LLP
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222

Harry F. Kunselman
Strassburger McKenna Gutnick
 & Gefsky
Suite 2200, Four Gateway
444 Liberty Avenue
Pittsburgh, PA 15222

Date: June 29, 2018

*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com