IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MYERS EQUIPMENT COPORATION,　　　)
　　　　　　　　　　　　　　　　　)   Civil Action No. 2:17-cv-00369-LPL
　　　　　　　　　Plaintiff,　　　 )
　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
P. FERGUSON TRANSPORTATION　　　 )
and PHYLLIS HANEY　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendants.　　 )

## TELEPHONE CONFERENCE
Before Magistrate Judge Lisa Pupo Lenihan

| **PARTY** | | **COUNSEL** |
|---|---|---|
| Myers Equipment Corporation | Plaintiff | Jason M. Yarbrough<br><br>Gary Sanderson |
| P. Ferguson Transportation<br><br>Phyllis Haney | Defendant | Robert Lampl<br><br>Sy Lampl |

Date:       July 18, 2018, at 3:00 PM

Court Reporter:            none

　　　　Counsel for Haney requests a stay and advises that a bankruptcy filing will also be made for Ferguson Transportation. The Court will stay the case as to Haney. Ferguson is ordered to file a response to the Amended Complaint by August 20, 2018.