IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYERS EQUIPMENT CORPORATION, | Civil Division |
| Plaintiff, | Case No. 2:17-cv-00369-LPL |
| vs. | |
| P. FERGUSON TRANSPORTATION, INC., and PHYLLIS HANEY, individually, | NOTICE OF APPEARANCE |
| Defendants. | |

Filed on Behalf of Defendants: P. Ferguson Transportation, Inc., and Phyllis Haney, individually

Counsel of Record:

ROBERT O LAMPL
PA I.D. #19809
DAVID L. FUCHS
PA I.D. #205694
SY O. LAMPL
PA I.D. #324741
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**MYERS EQUIPMENT CORPORATION,**   Civil Division

        **Plaintiff,**   Case No. 2:17-cv-00369-LPL

  vs.

**P. FERGUSON TRANSPORTATION, INC.,**
**and PHYLLIS HANEY, individually,**

        **Defendants.**

### NOTICE OF APPEARANCE

To:   Clerk of the United States District Court

Dear Sir/Madam:

Kindly enter the appearance of Sy O. Lampl in the above-captioned matter as Counsel for the Defendants, P. Ferguson Transportation, Inc., and Phyllis Haney, individually.

                                 Respectfully Submitted,

                                 */s/ Sy O. Lampl*
                                 ROBERT O LAMPL
                                 PA I.D. #19809
                                 DAVID L. FUCHS
                                 PA I.D. #205694
                                 SY O. LAMPL
                                 PA I.D. #324741
                                 223 Fourth Avenue, 4th Floor
                                 Pittsburgh, PA 15222
                                 (412) 392-0330 (phone)
                                 (412) 392-0335 (facsimile)
                                 Email: rlampl@lampllaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MYERS EQUIPMENT CORPORATION,** | Civil Division |
| Plaintiff, | Case No. 2:17-cv-00369-LPL |
| vs. | |
| **P. FERGUSON TRANSPORTATION, INC.,** and **PHYLLIS HANEY, individually,** | |
| Defendants. | |

## CERTIFICATE OF SERVICE

Sy O. Lampl, hereby certifies that on the 20th day of July, 2018 a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was served upon the following *(via first class mail and/or electronic notification)*:

Robert E. Dauer
Gary M. Sanderson
Meyer, Unkovic & Scott LLP
535 Smithfield Street, Suite 1300
Pittsburgh, PA  15222

Harry F. Kunselman
Strassburger McKenna Gutnick &
 & Gefsky
Suite 2200, Four Gateway
444 Liberty Avenue
Pittsburgh, PA  15222


*/s/ Sy O. Lampl*
ROBERT O LAMPL
PA I.D. #19809
JAMES R. COONEY
PA I.D. #32706
DAVID L. FUCHS
PA I.D. #205694
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com